UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR117-047 |
| | ) | |
| MICHAEL BIRT | ) | |

ORDER ON MOTION FOR LEAVE OF ABSENCE

**Travers W. Chance,** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Travers W. Chance** be granted leave of absence for the following periods: **May 31, 2018; June 5, 2018; June 19, 2018 through June 25, 2018; June 28, 2018 through July 9, 2018.**

This 17th day of May, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA